EDWARD M. WOLKOWITZ, TRUSTEE (SBN 068298)
800 S. Figueroa Street, Suite 1260
Los Angeles, CA  90017
emw@lnbyb.com
Telephone: (310) 229-3364
Facsimile: (213) 627-7194

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:    Bangkok Market Inc | § Case No. 2:19-bk-24635-WB |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    EDWARD M. WOLKOWITZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $72,780.31 | Assets Exempt:  $1.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants:  $9,155.85 | Claims Discharged Without Payment:  $1,076,736.62 |
| Total Expenses of Administration:  $6,067.59 | |

    3) Total gross receipts of $15,223.44 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $15,223.44 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,067.59 | 6,067.59 | 6,067.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 72,617.50 | 93,530.85 | 93,530.85 | 9,155.85 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,073,988.43 | 606,480.12 | 606,480.12 | 0.00 |
| **TOTAL DISBURSEMENTS** | **$1,146,605.93** | **$706,078.56** | **$706,078.56** | **$15,223.44** |

4) This case was originally filed under Chapter 7 on 12/16/2019. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/17/2021    By: /s/ EDWARD M. WOLKOWITZ
                                                                Trustee

**UST Form 101-7-TDR (10/1/2010)**

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank of America Checking Account 0965 | 1129-000 | 7,204.81 |
| Bank of America Checking Account 1244 | 1129-000 | 202.43 |
| NEW CENTURY INS SERVICES | 1229-000 | 1,995.00 |
| SENECA COMPANIES - RETURN INS PREMIUM | 1229-000 | 5,821.20 |
| T. C. INVESTMENTS, LLC | 1229-000 | -7,201.27 |
| T.C. INVENTMENT LLC | 1229-000 | 7,201.27 |
| **TOTAL GROSS RECEIPTS** | | **$15,223.44** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | N/A | | | |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EDWARD M WOLKOWITZ, CHAPTER 7 TRUSTEE | 2100-000 | N/A | 2,272.34 | 2,272.34 | 2,272.34 |
| EDWARD M. WOLKOWITZ, CHAPTER 7 TRUSTEE | 2200-000 | N/A | 22.62 | 22.62 | 22.62 |
| JEFFREY SUMPTER | 3410-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Signature Bank | 2600-000 | N/A | 162.98 | 162.98 | 162.98 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 | 2990-000 | N/A | 1,773.05 | 1,773.05 | 1,773.05 |
| Franchise Tax Board (ADMINISTRATIVE) | 2990-000 | N/A | 836.60 | 836.60 | 836.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$6,067.59** | **$6,067.59** | **$6,067.59** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9A | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 | 5800-000 | 72,617.50 | 90,505.85 | 90,505.85 | 8,859.73 |
| 11A | Rachen Pakasri | 5200-000 | 0.00 | 3,025.00 | 3,025.00 | 296.12 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$72,617.50** | **$93,530.85** | **$93,530.85** | **$9,155.85** |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | EULER HERMES N.A as Agent for J & A IMPORTERS, INC | 7100-000 | 24,855.70 | 24,855.70 | 24,855.70 | 0.00 |
| 2 | AFC TRADING & WHOLESALE, INC. | 7100-000 | 3,704.50 | 3,368.50 | 3,368.50 | 0.00 |
| 3 | HOCEAN | 7100-000 | 0.00 | 1,531.50 | 1,531.50 | 0.00 |
| 4 | G & L Seafood Inc. | 7100-000 | 17,017.05 | 19,997.50 | 19,997.50 | 0.00 |
| 5 | PHILIPPINE FOODTRADE CORPORATION | 7100-000 | 2,948.25 | 4,309.86 | 4,309.86 | 0.00 |
| 6 | EULER HERMES N.A as Agent for SEAQUEST SEAFOOD COR | 7100-000 | 1,439.50 | 1,429.50 | 1,429.50 | 0.00 |
| 7 | Nautilus Seafood | 7100-000 | 14,948.35 | 14,948.35 | 14,948.35 | 0.00 |
| 8 | H.C. FOODS CO., LTD. | 7100-000 | 12,342.00 | 7,592.75 | 7,592.75 | 0.00 |
| 10 | K&M TRADING INC. | 7100-000 | 8,049.10 | 2,762.40 | 2,762.40 | 0.00 |
| 11 | Rachen Pakasri | 7100-000 | 0.00 | 6,134.50 | 6,134.50 | 0.00 |
| 12 | GreatAmerica Financial Services Corporation, ATTN: Peggy Upt | 7100-000 | 163.13 | 3,484.04 | 3,484.04 | 0.00 |
| 13 | JPC MEAT CO. | 7100-000 | 230,705.20 | 228,494.77 | 228,494.77 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | Fungs Village Inc | 7100-000 | 894.00 | 894.00 | 894.00 | 0.00 |
| 15 | PIMA PAPER AND PLASTIC | 7100-000 | 2,915.39 | 2,915.39 | 2,915.39 | 0.00 |
| 16 | SIAM GRAIN c/o David L. Prince, Esq. | 7100-000 | 283,749.76 | 283,761.36 | 283,761.36 | 0.00 |
| NOTFILED | 7Up/RC Bottling Co. | 7100-000 | 323.24 | 0.00 | 0.00 | 0.00 |
| NOTFILED | A.J. Foods Corporation | 7100-000 | 970.25 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Acadian Fish Co | 7100-000 | 3,557.18 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ace Beverage | 7100-000 | 765.25 | 0.00 | 0.00 | 0.00 |
| NOTFILED | ACN Marketing Corp | 7100-000 | 535.21 | 0.00 | 0.00 | 0.00 |
| NOTFILED | AMC Produce Group | 7100-000 | 5,674.75 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Augustina A. Barron | 7100-000 | 9,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 13,382.57 | 0.00 | 0.00 | 0.00 |
| NOTFILED | BNB Global | 7100-000 | 517.28 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Calif Green | 7100-000 | 874.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cathay La Inc. | 7100-000 | 1,478.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Center of Disability Access | 7100-000 | 18,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Chevalier International (USA) Inc. | 7100-000 | 2,697.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | D&B Foods Inc. | 7100-000 | 25,669.96 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Dai Cheong Trading Company, Inc. | 7100-000 | 1,861.65 | 0.00 | 0.00 | 0.00 |
| NOTFILED | El Monte Wholesale Meat Inc. | 7100-000 | 6,389.04 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Empire International | 7100-000 | 4,411.15 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Food For All Inc. | 7100-000 | 569.75 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Fortune Traders | 7100-000 | 1,478.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Francisco Hidalgo | 7100-000 | 231.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Great River Food | 7100-000 | 1,364.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Harbor Distributing LLC | 7100-000 | 2,395.30 | 0.00 | 0.00 | 0.00 |
| NOTFILED | J Foods Inc. | 7100-000 | 1,005.22 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jack W.H. Tam | 7100-000 | 10,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jans Enterprise Corp | 7100-000 | 4,944.82 | 0.00 | 0.00 | 0.00 |
| NOTFILED | JSL Foods | 7100-000 | 1,120.36 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Koi Koi Trading Inc. | 7100-000 | 1,483.56 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Lao Khitsada Food Inc. | 7100-000 | 540.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Lison international Trading | 7100-000 | 1,027.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Los Angeles Calco Inc. | 7100-000 | 6,946.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Lucksen Trading Inc. | 7100-000 | 42,621.08 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mama's Best Foods | 7100-000 | 140.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mommyboss Inc. | 7100-000 | 460.80 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | National Sales Corp | 7100-000 | 3,488.13 | 0.00 | 0.00 | 0.00 |
| NOTFILED | NCR Corp | 7100-000 | 277.34 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Paleewong Trading Co Inc. | 7100-000 | 1,696.10 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Patchen Produce Inc. | 7100-000 | 9,185.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Permonte USA Corp | 7100-000 | 470.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Premier Merchance Capital | 7100-000 | 37,984.40 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Remington Pure | 7100-000 | 62.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | SID Foods | 7100-000 | 14,672.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sunrise Food Service Inc. | 7100-000 | 3,637.66 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Takari International Inc | 7100-000 | 479.25 | 0.00 | 0.00 | 0.00 |
| NOTFILED | TC Investment, LLC | 7100-000 | 214,753.36 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Tekola | 7100-000 | 591.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Home Depot Pro | 7100-000 | 598.71 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Torn & Glasser Inc. | 7100-000 | 115.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Trang Int'l Trading Inc. | 7100-000 | 2,155.98 | 0.00 | 0.00 | 0.00 |
| NOTFILED | United Asian Food Co | 7100-000 | 1,970.80 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Vege USA LLC | 7100-000 | 97.03 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Vermin Exterminator Co | 7100-000 | 130.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Visoy Food Inc. | 7100-000 | 1,731.15 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Well Luck Co. Inc. | 7100-000 | 2,433.30 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Wira Co | 7100-000 | 1,292.37 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,073,988.43** | **$606,480.12** | **$606,480.12** | **$0.00** |

FORM 1  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Exhibit 8

Page: 1

| Case Number: | 19-24635 WB | Trustee: | EDWARD M. WOLKOWITZ |
|---|---|---|---|
| Case Name: | Bangkok Market Inc | Filed (f) or Converted (c): | 12/16/19 (f) |
| | | §341(a) Meeting Date: | 01/16/20 |
| Period Ending: | 08/17/21 | Claims Bar Date: | 04/27/20 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Bank of America Checking Account 1244 | 1,195.76 | 0.00 | | 202.43 | FA |
| 2 | Bank of America Checking Account 0965 | 14,489.00 | 0.00 | | 7,204.81 | FA |
| 3 | Market inventory | 56,363.31 | 0.00 | | 0.00 | FA |
| 4 | 2007 Isusu Truck Current estimated value from Kelleys Blue Book as Private Party Value of car in good conditions | 4,083.00 | 0.00 | | 0.00 | FA |
| 5 | Fork Lift | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Sublease of property located at: 4757 Melrose Ave. Los Angeless, CA 90029 NO VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Beer and Wine Licence (pending sale in escrow) | 5,000.00 | 0.00 | | 0.00 | FA |
| 8 | Claim against Steven P. Chang / Langley & Chang Attorneys at Law for refund of Attorneys' fees | 6,335.00 | 0.00 | | 0.00 | FA |
| 9 | T.C. INVENTMENT LLC (u) | 0.00 | 0.00 | | 7,201.27 | FA |
| 10 | NEW CENTURY INS SERVICES (u) | 0.00 | 0.00 | | 1,995.00 | FA |
| 11 | SENECA COMPANIES - RETURN INS PREMIUM (u) | 0.00 | 5,821.20 | | 5,821.20 | FA |
| 12 | POSSIBLE NET OPERATING LOSSES (u) | 0.00 | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$88,466.07** | **$5,821.20** | | **$22,424.71** | **$0.00** |

**Major activities affecting case closing:**

CURRENT STATUS 12/31/2020

All of the estate's assets have been administered.
The trustee's accountant will prepare the estate's tax return and the Final Report will be submitted approximately in 90 days.

THE PROJECTED DATE FOR THE FINAL REPORT IS 12/31/2021

INITIAL PROJECTED DATE
The trustee has requested additional tax returns for a possible net operating loss.

This case was filed on December 16, 2019, the original Meeting of Creditors was set for January 16, 2020. The debtor was examined, however the case was continued to February 10, 2020 to allow additional time for the debtor to provide the Trustee with compliance requested at the meeting of creditors.
Debtor to provide the Trustee with book/records and turnover of bank accounts.

**FORM 1**     Exhibit 8
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**     Page: 2

ASSET:
Two Bank of America bank accounts

ACCOUNT:
Singature Bank general checking account
Texas Capital Bank general checking account

PROFESSIONALS
Attorney:
Accountant: Jeff Sumpter ORDER 3/02/2021

CLAIMS:
Claims Bar Date is 04/27/2020

TAXES:
Trustee will have accountant prepare tax returns for the estate, once all settlement payments are collected

PROJECTED TFR SUBMISSION DATE: 12/16/2021

**Initial Projected Date of Final Report (TFR):** December 31, 2021     **Current Projected Date of Final Report (TFR):** April 16, 2021 (Actual)

| August 17, 2021 | /s/ EDWARD M. WOLKOWITZ |
|---|---|
| Date | EDWARD M. WOLKOWITZ |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 19-24635 WB | | Trustee: | EDWARD M. WOLKOWITZ |
|---|---|---|---|---|
| Case Name: | Bangkok Market Inc | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******0244 - Checking Account |
| Taxpayer ID#: | **-***5406 | | Blanket Bond: | $92,000,000.00 (per case limit) |
| Period: | 01/01/19 - 08/17/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/23/20 | Asset #1 | BANK OF AMERICA | CLOSE OF BANK ACCOUNT | 1129-000 | 119.77 | | 119.77 |
| 01/23/20 | Asset #2 | BANGKOK MARKET INC | CLOSE OF BANK OF AMERICA ACCOUNT | 1129-000 | 6,958.37 | | 7,078.14 |
| 04/07/20 | Asset #9 | BANK OF AMERICA | T.C. INVESTMENT LLC | 1229-000 | 7,201.27 | | 14,279.41 |
| 04/07/20 | Asset #10 | NEW CENTURY INS SVCS | RETURN INS PREMIUM | 1229-000 | 1,995.00 | | 16,274.41 |
| 04/13/20 | Asset #11 | THE SENECA COMPANIES | RETURN INS PREMIUM | 1229-000 | 5,821.20 | | 22,095.61 |
| 04/16/20 | 51001 | T. C. INVESTMENTS, LLC | TURNOVER OF NON ESTATE FUNDS DEPOSITED 4/07/20 | 1229-000 | -7,201.27 | | 14,894.34 |
| 06/12/20 | | Texas Capital Bank | Account Closeout Transfer Adjustment | 9999-000 | | 14,894.34 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 14,894.34 | 14,894.34 | $0.00 |
| Less: Bank Transfers | | 0.00 | 14,894.34 | |
| **Subtotal** | | 14,894.34 | 0.00 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$14,894.34** | **$0.00** | |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 2

| Case Number: | 19-24635 WB | | Trustee: | EDWARD M. WOLKOWITZ |
|---|---|---|---|---|
| Case Name: | Bangkok Market Inc | | Bank Name: | Signature Bank |
| | | | Account: | ******2347 - Checking |
| Taxpayer ID#: | **-***5406 | | Blanket Bond: | $92,000,000.00 (per case limit) |
| Period: | 01/01/19 - 08/17/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/12/20 | | Signature Bank | Account Opening Deposit Adjustment | 9999-000 | 14,894.34 | | 14,894.34 |
| 06/17/20 | Asset #1 | BANK OF AMERICA | CLOSE OF BANK ACCOUNT | 1129-000 | 82.66 | | 14,977.00 |
| 06/17/20 | Asset #2 | BANK OF AMERICA | CLOSE OF BANK ACCOUNT | 1129-000 | 246.44 | | 15,223.44 |
| 06/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 14.49 | 15,208.95 |
| 07/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 25.12 | 15,183.83 |
| 08/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 25.08 | 15,158.75 |
| 09/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 24.23 | 15,134.52 |
| 11/02/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 24.19 | 15,110.33 |
| 11/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 24.96 | 15,085.37 |
| 12/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 24.91 | 15,060.46 |
| 03/15/21 | 60001 | JEFFREY SUMPTER | TAX PREPARER FOR TRUSTEE - FEES<br>PER ORDER ENTERED 03/02-2021 | 3410-000 | | 1,000.00 | 14,060.46 |
| 07/20/21 | 60002 | EDWARD M WOLKOWITZ, CHAPTER 7 TRUSTEE | Dividend of 100.000000000%. TRUSTEE FEES<br>PER ORDER ENTERED 7/16/2021 | 2100-000 | | 2,272.34 | 11,788.12 |
| 07/20/21 | 60003 | EDWARD M. WOLKOWITZ, CHAPTER 7 TRUSTEE | Dividend of 100.000000000%. TRUSTEE EXPENSES<br>PER ORDER ENTERED 7/16/2021 | 2200-000 | | 22.62 | 11,765.50 |

Exhibit 9

**Form 2**

**Cash Receipts and Disbursements Record**

Page: 3

| Case Number: | 19-24635 WB | | Trustee: | EDWARD M. WOLKOWITZ |
| --- | --- | --- | --- | --- |
| Case Name: | Bangkok Market Inc | | Bank Name: | Signature Bank |
| | | | Account: | ******2347 - Checking |
| Taxpayer ID#: | **-***5406 | | Blanket Bond: | $92,000,000.00 (per case limit) |
| Period: | 01/01/19 - 08/17/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/20/21 | 60004 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 | Dividend of 100.000000000%, Claim No.9. TAX PE 2017 & 2020 ACCOUNT NO. 6619 PER ORDER ENTERED 7/16/2021 | 2990-000 | | 1,773.05 | 9,992.45 |
| 07/20/21 | 60005 | Franchise Tax Board (ADMINISTRATIVE) | Dividend of 100.000000000%, Claim No.17. TAX PERIOD 2021 PER ORDER ENTERED 7/16/2021 | 2990-000 | | 836.60 | 9,155.85 |
| 07/20/21 | 60006 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 | Dividend of 9.789123054%, Claim No.9A. TAXES 2015 ACCOUNT NO. 6619 PER ORDER ENTERED 7/16/2021 | 5800-000 | | 8,859.73 | 296.12 |
| 07/20/21 | 60007 | Rachen Pakasri | Dividend of 9.789123054%, Claim No.11A. | 5200-000 | | 296.12 | 0.00 |

|  |  | ACCOUNT TOTALS | 15,223.44 | 15,223.44 | $0.00 |
| --- | --- | --- | --- | --- | --- |
|  |  | Less: Bank Transfers | 14,894.34 | 0.00 | |
|  |  | Subtotal | 329.10 | 15,223.44 | |
|  |  | Less: Payment to Debtors | | 0.00 | |
|  |  | NET Receipts / Disbursements | **$329.10** | **$15,223.44** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******0244** | 14,894.34 | 0.00 | 0.00 |
| **Checking # ******2347** | 329.10 | 15,223.44 | 0.00 |
| | **$15,223.44** | **$15,223.44** | **$0.00** |